IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Laird T. Milburn

Criminal Case No.:   08-po-00058-LTM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM C. CAMPBELL,

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE LAIRD T. MILBURN
DATED:   March 26, 2009

    Arraignment and Further Proceedings set for March 31, 2009 at 11:00 a.m. is

**VACATED** and rescheduled to April 07, 2009 at 11:00 a.m.